IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
18 APR 17 PM 12:09
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| SALINAS CONSTRUCTION TECHNOLOGIES, LTD, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. A-18-CV-00180-LY |
| THE TEXAS DEPARTMENT OF TRANSPORTATION, | § § § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed this action without prejudice. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __17th__ day of April, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE